# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE A. PORETTI, | Case No.: 2:22-cv-00545-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| DANIELS, et al., | |
| Defendants | |

I ORDER that by October 11, 2022, the Attorney General's Office shall advise the court whether it will enter a limited notice of appearance on behalf of the defendants solely for purposes of responding to plaintiff Wayne A. Poretti's motion for preliminary injunction. Additionally, based on the nature of the allegations, the defendants shall have until October 19, 2022 to file their response to the motion for preliminary injunction (ECF No. 12).  The defendants' response to the motion shall not constitute acceptance of service for any defendant or a waiver of any defenses.

I FURTHER ORDER that Poretti has until October 28, 2022 to file a reply.

DATED this 28th day of September, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE